UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA

**YU-WEN CHIU, ET. AL.**                              **CIVIL ACTION**

**VERSUS**                                            **NO. 18-10883**

**CHARLES EDWARD**                                    **SECTION: "B"(1)**
**LINCOLN, III, ET. AL.**

                                 <u>**ORDER**</u>

Before the Court are Plaintiffs Yu-Wen Chiu and Chih-Yang Hu's Motion to Remand (Rec. Doc. 5) and Motion for Status Conference (Rec. Doc. 6). Accordingly,

**IT IS ORDERED** that the motion for status conference is **DISMISSED** as unnecessary.

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. Defendant Charles Edward Lincoln, III filed a Motion for Leave to File Opposition & Ex Parte Motion to Strike Plaintiff's Untimely Motion to Remand and Defendant's Motion to Consolidate Cases (Rec. Doc. 8) on **February 14, 2019**. Subsequently, Defendant's pleading was stricken from the record by Order of this Court (Rec. Doc. 9) on **March 1, 2019**. Accordingly, the motion to remand is deemed to be unopposed. It appearing to this Court that the motion has merit,

                                    1

**IT IS FURTHER ORDERED** that the motion to remand is **GRANTED** and this matter is hereby **REMANDED** to the First City Court for the City of New Orleans.

New Orleans, Louisiana, this 1st day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE